# United States District Court
## for the
## District of New Hampshire

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Rabbia                        Case Number: 11-CR-32-01-PB

Name of Sentencing Judicial Officer:   Honorable Paul J. Barbadoro

Date of Original Sentence:   June 23, 2011

Original Offense:   **Count 1:** Health Care Fraud, in violation of 18 U.S.C. § 1347; **Count 2:** Aggravated Identity Fraud, in violation of 18 U.S.C. §§ 1028A(a)(1)(b) and (c).

Original Sentence:   48 months imprisonment, followed by 3 years supervised release.

Type of Supervision: Supervised Release      Date Supervision Commenced: December 18, 2014

Asst. U.S. Attorney:   John Farley, Esq.          Defense Attorney: Andrew S. Winters, Esq.

---

### PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No: | Condition: | Nature of Noncompliance: |
|---|---|---|
| 1. | **VIOLATION OF STANDARD CONDITION #3:** The defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer. | In that, on December 19, 2014, the releasee was directed by Supervising U.S. Probation Officer Daniel Gildea to go to the New Horizons Shelter to reserve a bed for that evening and to return to the probation office at 11:30 a.m. To date, the releasee has failed to return to or contact the probation office, and his current whereabouts are unknown. |

### RECOMMENDATION AND JUSTIFICATION

The undersigned is recommending that a [X] warrant / [ ] summons be issued based on the following:

| **Warrant** | **Summons** |
|---|---|
| [ ] Recent Criminal Activity | [ ] No Risk of Flight |
| [ ] Prior Crimes of Violence | [ ] No Danger to Community |
| [X] Prior Failure to Appear | [ ] Stable Residence |
| [ ] Severe Substance Abuse Addiction | [ ] Stable Employment |
| [X] Prior Failure of Community Supervision | [ ] No Substance Abuse |
| [ ] Danger to Community | [ ] Other (Described below) |
| [X] Risk of Flight | |
| [X] Other (Described below) | |
|     Use of Numerous Aliases | |
|     Outstanding Warrants in MS and RI | |

## PREVIOUS NONCOMPLIANCE

None

## OFFICER'S ASSESSMENT

On December 19, 2014, Supervising U.S. Probation Officer (SUSPO) Daniel Gildea met with Rabbia and reviewed the conditions of supervised release. Rabbia indicated that he wanted to go to Rhode Island to turn himself in on an outstanding warrant for a probation violation. SUSPO Gildea instructed Rabbia to go to the New Horizons Shelter in Manchester (NH) to reserve a bed for that evening and to return to the probation office at 11:30 a.m. Rabbia failed to report back as directed.

On December 24, 2014, the probation officer made contact with staff at the New Horizons Homeless Shelter to see if Rabbia was staying there. Staff checked the intake sheet and advised that Rabbia had not been staying there.

Additionally on that date, the probation officer made contact with staff at the New Horizons Day Shelter to see if Rabbia had been frequenting their facility. Staff checked the log sheet and advised that Rabbia had not been there.

On January 6, 2015, a check of NCIC revealed an active warrant out of the state of Mississippi for a charge of Fraud - Insufficient Funds Check.

Also on January 6, 2015, the probation officer contacted the Providence County (RI) Probation Office and learned that Rabbia continues to have an outstanding warrant for probation violation.

To date, the releasee has failed to return to or contact the probation office or turn himself in on the outstanding warrant for probation violation in Rhode Island, and his current whereabouts are unknown.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

| Reviewed by: | Respectfully submitted: |
|---|---|
| *signature* 1/6/15 | *signature* |
| Daniel F. Gildea | Paul B. Daniel |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| Date: January 6, 2015 | Date: January 6, 2015 |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant / Matter Sealed Pending Arrest
[ ]  The Issuance of a Summons
[ ]  Other

*signature*

Andrea K. Johnstone
United States Magistrate Judge

Date: January 6, 2015